No. 785. NATIONAL LABOR RELATIONS BOARD *v.* UNITED STEELWORKERS OF AMERICA, CIO, ET AL. United States Court of Appeals for the District of Columbia Cir-

cuit. Certiorari granted. *Solicitor General Rankin, Stephen Leonard* and *Dominick L. Manoli* for petitioner. *Arthur J. Goldberg* and *David E. Feller* for the United Steelworkers of America, respondent.